vote:

F.E. Sweeney and Pfeifer, JJ., vote to deny.

Moyer, C.J., Lundberg Stratton and O'Connor, JJ., vote to grant.

Resnick and Cook, JJ., not participating.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2003–0410. **State ex rel. Richards v. United Parcel Serv.**
Franklin App. No. 02AP–533, 2003-Ohio-415.

[Cite as *04/18/2003 Case Announcements,* 2003-Ohio-1938.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 18, 2003*

### MOTION AND PROCEDURAL RULINGS

2003–0657. **State v. Williams.**
Cuyahoga App. No. 47853. This cause is an appeal of right from a judgment of the court of appeals under App.R. 26(B) in a case involving the death penalty. On April 11, 2003, appellant filed a notice of appeal and a merit brief in support of his appeal, and a motion to stay the execution of sentence in Supreme Court case No. 1985–0007, the appeal arising out of appellant's conviction and sentence. The execution of appellant's sentence in case No. 1985–0007 is currently set for June 24, 2003. It appearing to the court that expedited review of this appeal is warranted,

IT IS ORDERED by the court, sua sponte, that the Clerk shall dispense with the ordering of the record from the court of appeals and the appellee shall file its merit brief within twenty days of the date of this entry.

[Cite as *04/23/2003 Case Announcements,* 2003-Ohio-1946.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 23, 2003*

### MERIT DECISIONS WITHOUT OPINIONS

2003–0303. **State ex rel. Cruse v. Tenth Dist. Court of Appeals.**
In Mandamus. On complaint in mandamus of Wendell L. Cruse. On S.Ct.Prac.R. X(5) determination, cause dismissed.

Moyer, C.J., Resnick, Pfeifer and Lundberg Stratton, JJ., concur.

F.E. Sweeney, Cook and O'Connor, JJ., would deny the writ.

2003–0412. **State ex rel. Sturgill v. Cosgrove.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer and Lundberg Stratton, JJ., concur.

Cook and O'Connor, JJ., would deny the writ.

2003–0486. **Myers v. Ohio Bur. of Workers' Comp.**
Mahoning App. No. 01CA131, 2002-Ohio-7439. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

Moyer, C.J., Cook, Lundberg Stratton and O'Connor, JJ., concur.

Resnick, F.E. Sweeney and Pfeifer, JJ., dissent.